**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3485

_____

| | |
|---|---|
| T. N. Wilson, individually and as next friend of Thomas Wilson, deceased; Sue Harness,<br><br>        Appellants,<br><br>v.<br><br>Kent Williams, Individually and in his official capacity as Lieutenant Sheridan Arkansas Police Department; Sheridan Arkansas Police Department,<br><br>        Appellees. | * <br> * <br> * <br> * <br> * <br> * Appeal from the United States <br> * District Court for the <br> * Eastern District of Arkansas. <br> * <br> *     [UNPUBLISHED] <br> * <br> * <br> * <br> * |

_____

Submitted: April 7, 1998
Filed: May 8, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

    T.N. Wilson and Sue Harness, parents of Thomas Wilson, deceased, appeal from the District Court's[1] adverse grant of summary judgment in their 42 U.S.C § 1983

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

(1994) action. After carefully reviewing the record and the parties' submissions, we conclude the District Court did not commit error in granting summary judgment for the reasons it stated. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.